## MEMORANDUM DECISIONS.

BRUCE v. BRYAN, Attorney General of Maryland, et al. (Circuit Court of Appeals, Fourth Circuit. May 10, 1905.) No. 574. Appeal from the Circuit Court of the United States for the District of Maryland. Thos. Ireland Elliott (Richard B. Tippett and Wilson J. Carroll, on the brief), for appellant. Edgar Allan Poe, for appellees. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. The judgment rendered in this case by the court below is without error. The opinion of Judge Morris (132 Fed. 390) has our approval. Affirmed.

DARNAL v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 3, 1905.) No. 1,380. In Error to the District Court of the United States for the Western District of Kentucky. W. M. Smith, for plaintiff in error. R. D. Hill, for the United States. Before SEVERENS and RICHARDS, Circuit Judges.

PER CURIAM. The defendant in this case was convicted of the offense of mailing an obscene letter in violation of the provisions of section 3893 of the Revised Statutes [U. S. Comp. St. 1901, p. 2658]. The only question for our determination of any importance is whether the letter was of the character of matter made nonmailable by the statute, and of this we have no doubt. The letter is not fit for publication, and we must, therefore, forbear a discussion of its contents. The judgment of the lower court is affirmed.

STANDARD LIFE & ACCIDENT INS. CO. v. SALE. (Circuit Court of Appeals, Sixth Circuit. March 19, 1904.) No. 1,269. In Error to the Circuit Court of the United States for the Western District of Tennessee. H. R. Boyd, M. B. Trezevant, Keena & Lightner, for plaintiff in error. Patterson, Neely & Henderson, for defendant in error. No opinion. Affirmed, with costs. See 121 Fed. 664, 57 C. C. A. 418, 61 L. R. A. 337